**Opinion issued July 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-01091-CV

————————————

## NATOSHIA KNIGHT, Appellant

## V.

## KINDAL OWENS, Appellee

---

## On Appeal from the 234th District Court
## Harris County, Texas
## Trial Court Case No. 2024-68739

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 10, 2025.  Appellant Natoshia Knight has not paid the fee for the clerk's record.  *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order

Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No.24-9047 (Tex. July 26, 2024).

Appellant failed to respond to our notice of May 1, 2026, which advised appellant that, should she not pay the fee for the clerk's record or the filing fee or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Response to our notice was due by June 1, 2026 and appellant has not responded.

We dismiss the appeal. *See* TEX. R. APP. P. 42.3, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.